**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Ricardo GONZALEZ, Defendant—
Appellant.**

No. 09–6088.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 8, 2010.

Decided: Feb. 19, 2010.

Thomas P. McNamara, Federal Public Defender, Jane E. Pearce, Assistant Federal Public Defender, Diana Pereira, Research and Writing Specialist, Raleigh, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Anne M. Hayes, Assistant United States Attorney, David T. Huband, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Gonzalez appeals the district court's order entered pursuant to 18 U.S.C. § 4245 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gonzalez*, No. 5:08–hc–02145–BR (E.D.N.C. Jan. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*